No. 98–9459.   TROBAUGH *v.* IOWA.   Sup. Ct. Iowa.   Certiorari denied.

No. 98–9463.   COUNTERMAN *v.* PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 98–9465.   RAPHAEL *v.* TEXAS.   Ct. App. Tex., 2d Dist. Certiorari denied.

No. 98–9466.   MENDEZ *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 98–9467.   MCCALL-BEY *v.* BRADY, JUDGE, CIRCUIT COURT OF ILLINOIS, COOK COUNTY.   Sup. Ct. Ill.   Certiorari denied.

No. 98–9468.   MCDANIEL-ORTEGA *v.* WILLIAMS, WARDEN. C. A. 10th Cir.   Certiorari denied.

No. 98–9469.   LUNTAO *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 98–9470.   HARRIS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.

No. 98–9471.   FRANKS *v.* THOMAS, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 98–9477.   CORTEZ ESCAMILLA *v.* PRUNTY, WARDEN, ET AL. C. A. 9th Cir.   Certiorari denied.

No. 98–9479.   HODGES *v.* BLOCKER ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 98–9482.   FLYNN *v.* ENDICOTT, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 98–9483.   GLEASON *v.* BURTNER.   C. A. 9th Cir.   Certiorari denied.

No. 98–9484.   FANE *v.* CALIFORNIA.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.